**Memorandum Opinion filed February 26, 2014, Withdrawn, Appeal Reinstated, and Order filed          March 13, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-14-00981-CV
_____

**APRIL BROWN, DAVID RAFFERTY, STEVE GANN, KATHY HILTON, IRENE GARCIA AND STEVE STUCKEY, Appellants**

**V.**

**WILLIAM HENSLEY, TOM JENKINS, TROY JONES, DAVID MARKS, BARNARD PEARL, THOMAS WALSH, STAN WILLIAMS, JACK EREIRA AND ANDREW ROSENBERG, Appellees**

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-56653B**

## ORDER

On February 26, 2015, this Court issued an opinion dismissing this appeal on the court's own motion for failure to provide this court with proof of payment for the clerk's record.  Later, that same day, the clerk's record was filed.

Accordingly, this Court's opinion filed February 26, 2015, is withdrawn and

our judgment of that date is vacated.  The appeal is ordered reinstated.

Appellant's brief is due thirty days from the date of this order.


PER CURIAM